THE PEOPLE OF THE TERRITORY OF GUAM

v.

JOE SAN NICOLAS, Defendant

Criminal No. 105F-76

Superior Court of Guam

October 28, 1976

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery order, this Court cites the Decision in the companion case *People of the Territory of Guam v. Michael Imamura*, 104F-76.

Submit order.

THE PEOPLE OF THE TERRITORY OF GUAM

v.

PHILIP FUNES, Defendant

Criminal No. 112F-76

Superior Court of Guam

October 28, 1976

ABBATE, *Judge*

DECISION

In denying Defendant's 5 October, 1976, Motion to Dismiss for prosecution's non-compliance with a discovery order, this Court cites the Decision in the companion case *People of the Territory of Guam v. Michael Imamura*, 104F-76.

Submit order.